IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02705-RM-MJW

MALLEY HEIGHTS LLC, a California limited liability company and citizen of California,
BEHNAM RAFALIAN, an individual and citizen of California,
KHACHIK TOOMIANS, an individual and citizen of California,

Plaintiffs,

v.

STANDARD INSURANCE COMPANY, an Oregon corporation and citizen of Oregon,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts stock insurance company and citizen of Massachusetts,
LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts stock insurance company and citizen of Massachusetts,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts stock insurance company and citizen of Massachusetts, and
PEERLESS INSURANCE COMPANY, a New Hampshire corporation and citizen of Massachusetts,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Amended Complaint filed on January 22, 2015 (Docket No. 27) and the renewed Motion to Dismiss filed on February 5, 2015 (Docket No. 34), it is hereby **ORDERED** that Defendant's initial Motion to Dismiss (**Docket No. 26**) is **DENIED AS MOOT**.

Date: February 6, 2015